# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANA TANYA MOSQUEDA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. EDCV 14-1742-PSG (JEM)<br><br>ORDER TO SHOW CAUSE |

　　　On August 25, 2014, the Court issued a Case Management Order, in which Plaintiff Marciana Tanya Mosqueda was ordered to serve the summons and complaint on the Commissioner of the Social Security Administration pursuant to Rule 4(i) of the Federal Rules of Civil Procedure. Plaintiff further was ordered to file proof of service of the summons and complaint within twenty-eight (28) days of the filing of the complaint, no later than September 22, 2014. Plaintiff was cautioned that "[f]ailure to comply with this paragraph may result in dismissal of this case."

　　　To date, Plaintiff has not filed proof of service of the summons and complaint.

　　　Accordingly, IT IS HEREBY ORDERED that, on or before October 6, 2014, Plaintiff must (a) show good cause in writing why the proof of service of the summons and complaint was not filed in a timely fashion, and why this action should not be

1 dismissed for failure to prosecute and failure to comply with the Case Management
2 Order; **or** (b) comply with the Case Management Order by filing proof of service of the
3 summons and complaint.
4     Plaintiff is forewarned that failure to show good cause or failure to file the proof of
5 service as ordered will result in a recommendation that this action be dismissed for lack
6 of prosecution and failure to comply with Court orders.

7 DATED: September 29, 2014           */s/John E. McDermott*
                                              JOHN E. MCDERMOTT
8                                         UNITED STATES MAGISTRATE JUDGE