# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANA TANYA MOSQUEDA,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. EDCV 14-01742-PSG (JEM)<br><br>J U D G M E N T |

In accordance with the Report and Recommendation of United States Magistrate Judge accepted by the Court,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this matter is DISMISSED with prejudice.

DATED: April 17, 2015

                                              PHILIP S. GUTIERREZ
                                              UNITED STATES DISTRICT JUDGE